# EXHIBIT "C"



My Shopping Cart | Pre-Orders | My Ac
Forgot Passw
192 Item

| Home | New Arrival | Coming Soon | Special | Customer Service | UPS Tracking | About |

Position: Home » Hybrid Protector Covers » TotalDefense Protector Covers » SAMSUNG i537

### PRODUCT CATEGORIES

- Hybrid Protector Covers
- Specialty Protector Covers
- Diamante Protector Covers
- Protector Covers
- Skin Covers
- Candy Skin Covers
- Gummy Protector Covers
- LCD Screen Protectors
- Pouches
- Holsters
- Li-ion Batteries
- Chargers
- Handsfree Devices
- Packing Materials
- Cellphone Ornaments
- License Plate Frames
- Other Products

### BRANDS
### CARRIERS





Sort by  Please select

**Add To My Cart**

ASAMI537HPCTDEF201NP

ASMYNA NEW Black/Black Luxurious Lattice Dazzling TotalDefense Protector Cover
08/30/2013
(Limited Quantity)
Q'ty
In Stock

ASAMI537HPCTDEF202NP

ASMYNA NEW White/Black Luxurious Lattice Dazzling TotalDefense Protector Cover
08/30/2013
(Limited Quantity)
Q'ty
In Stock

ASAMI537HPCTDEF203NP

ASMYNA Red/Black Luxurious Lattice Dazzling TotalDefense Protector Cover
Q'ty
In Stock

ASAMI537HPCTDEF208NP


ASMYNA NEW Hot Pink/Solid White Luxurious Lattice Dazzling TotalDefense Protector Cover
08/30/2013
(Limited Quantity)
Q'ty
In Stock

ASAMI537HPCTDEF211NP

ASMYNA NEW Black/Electric Green Luxurious Lattice Dazzling TotalDefense Protector Cover
08/30/2013
(Limited Quantity)
Q'ty
In Stock

ASAMI537HPCTDEF212NP

ASMYNA NEW Yellow/Tropical Teal Luxurious Lattice Dazzling TotalDefense Protector Cover
08/30/2013
(Limited Quantity)
Q'ty
In Stock

**Add To My Cart**








**Valor Communication**

18071 Arenth Ave.,
City of Industry, CA 91748
(877) 369-2088 Toll Free

**Valor/MYBAT Weekly Email Newsletter**

Get exclusive offers, and be the first to hear about our new products and more!

Sign Up  Subscribe to our newsletter

**UPS Tracking**

**Customer Service**

Contact Us
Frequently Asked Question

(626) 581-8085 Office

(626) 581-3775 Fax

Join Us on Facebook

Follow Us on Twitter

Return Policy

RMA Request

Account Setup

Terms of Use   Privacy Policy

All other trademarks not owned by Valor Communication, Inc. that appear on this site are the property of their respective owne

Copyright @1997-2013 Valor Communication, Inc. All Rights Reserved.

Share your ideas



My Shopping Cart | Pre-Orders | My Ac
Forgot Passw
Search Keywords            192  Item

| Home | New Arrival | Coming Soon | Special | Customer Service | UPS Tracking | About |

Position: Home » Hybrid Protector Covers » TotalDefense Protector Covers » SAMSUNG T989



### PRODUCT CATEGORIES

- Hybrid Protector Covers
- Specialty Protector Covers
- Diamante Protector Covers
- Protector Covers
- Skin Covers
- Candy Skin Covers
- Gummy Protector Covers
- LCD Screen Protectors
- Pouches
- Holsters
- Li-ion Batteries
- Chargers
- Handsfree Devices
- Packing Materials
- Cellphone Ornaments
- License Plate Frames
- Other Products

### BRANDS
### CARRIERS







Sort by  Please select    Add To My Cart

| ASAMT989HPCTDEF201NP | ASAMT989HPCTDEF202NP | ASAMT989HPCTDEF203NP |
|---|---|---|
|  |  |  |
| ASMYNA Black/Black Luxurious Lattice Dazzling TotalDefense Protector Cover | ASMYNA White/Black Luxurious Lattice Dazzling TotalDefense Protector Cover | ASMYNA Red/Black Luxurious Lattice Dazzling TotalDefense Protector Cover  |
| Q'ty | Q'ty | Q'ty |
| In Stock | In Stock | In Stock |

| ASAMT989HPCTDEF206NP | ASAMT989HPCTDEF208NP | ASAMT989HPCTDEF211NP |
|---|---|---|
|  |  |  |
| ASMYNA Purple/Solid White Luxurious Lattice Dazzling TotalDefense Protector Cover | ASMYNA Hot Pink/Solid White Luxurious Lattice Dazzling TotalDefense Protector Cover | ASMYNA Black/Electric Green Luxurious Lattice Dazzling TotalDefense Protector Cover |
| Q'ty | Q'ty | Q'ty |
| In Stock | In Stock | In Stock |

Add To My Cart








**Valor Communication**

18071 Arenth Ave.,
City of Industry, CA 91748
(877) 369-2088 Toll Free

**Valor/MYBAT Weekly Email Newsletter**

Get exclusive offers, and be the first to hear about our new products and more!

Sign Up  Subscribe to our newsletter

**UPS Tracking**

**Customer Service**

Contact Us
Frequently Asked Question

(626) 581-8085 Office
(626) 581-3775 Fax

Join Us on Facebook
Follow Us on Twitter

Return Policy
RMA Request
Account Setup

Terms of Use   Privacy Policy
All other trademarks not owned by Valor Communication, Inc. that appear on this site are the property of their respective owne
Copyright @1997-2013 Valor Communication, Inc. All Rights Reserved.